**Exhibit A**
**Statement of Claim**
**Plaintiff Naved Sami Khan**

**Unpaid Overtime (Time-and-a-Half)**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 10/7/14 - 11/21/14 | 6.57 | 50 | $  22.00 | $  33.00 | $  2,168.57 | $  2,168.57 |
|  |  |  |  |  | **$  2,168.57** | **$  2,168.57** |

| | |
|---|---|
| **Total Unpaid Overtime[1] =** | **$  2,168.57** |
| **Total Liquidated Damages[1] =** | **$  2,168.57** |
| **Total[1] =** | **$  4,337.14** |

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.